

ORIGINAL

licheninf

LEONARDO M. RAPADAS
United States Attorney
FREDERICK A. BLACK
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
APR 30 2008
JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>LI YONG CHEN,<br>Defendant. | MAGISTRATE CASE NO. 08-00013<br>**INFORMATION**<br>**ILLEGAL ENTRY**<br>[8 U.S.C. § 1325(a)(1)<br>6 U.S.C. §§ 251 & 557]<br>(Misdemeanor) |

THE UNITED STATES ATTORNEY CHARGES:

On or about March 25, 2008, in the District of Guam, the defendant herein, LI YONG CHEN, did knowingly enter the United States at a time and place other than as designated by immigration officers, in violation of Title 8, United States Code, Section 1325(a)(1) and Title 6, United States Code, Sections 251 and 557.

DATED this 30 day of April 2008.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: [signature]
FREDERICK A. BLACK
Assistant U.S. Attorney

**Criminal Case Cover Sheet** **U.S. District Court**

**Place of Offense:**

City - Hagåtña

Country/Parish ______

**Related Case Information:**

Superseding Indictment ______ Docket Number 08-00013

Same Defendant ______ New Defendant x

Search Warrant Case Number ______

R 20/ R 40 from District of ______

**Defendant Information:**

**Juvenile: Yes** ______ **No** X **Matter to be sealed:** ______ **Yes** x **No**

Defendant Name Li Yong Chen

Alias Name ______

Address ______

China

RECEIVED
APR 30 2008
DISTRICT COURT OF GUAM
HAGATNA, GUAM

Birthdate Xx/xx/1989 SS# ______ Sex M Race A Nationality Chinese

**U.S. Attorney Information:**

AUSA Frederick A. Black

**Interpreter:** ______ No X Yes List language and/or dialect: Chinese/Mandarin

**Location Status:**

Arrest Date ______

☐ Already in Federal Custody as of ______ in ______

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

**Total # of Counts:** 1 ______ Petty X Misdemeanor ______ Felony

| | | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|---|
| Set | 1 | 8 USC 1325(a)(1)<br>6 USC 251 & 557 | Illegal Entry | 1 |
| Set | 2 | | | |
| Set | 3 | | | |
| Set | 4 | | | |

(May be continued on reverse)

**Date:** 4-30-08 **Signature of AUSA:** [signature]