# UNITED STATES DISTRICT COURT

District of     GUAM

UNITED STATES OF AMERICA

V.

LI YONG CHEN

**WARRANT FOR ARREST**

Case Number: MJ-08-00013-001

To: The United States Marshal
    and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest     LI YONG CHEN
                                                                                      Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment    ☑ Information    ☐ Complaint    ☐ Order of court

☐ Pretrial Release    ☐ Probation    ☐ Supervised Release    ☐ Violation Notice
    Violation Petition        Violation Petition        Violation

charging him or her with    (brief description of offense)

Illegal Entry, 8 U.S.C. § 1325(a)(1), 6 U.S.C. §§ 251 and 557

☐ in violation of Title          United States Code, Section(s)        

☐ in violation of the conditions of his or her pretrial release imposed by the court.

☐ in violation of the conditions of his or her supervision imposed by the court.

| MARILYN B. ALCON | *Marilyn B. Alcon* (signature) |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| Deputy Clerk | 05/01/2008      Hagatna, Guam |
| Title of Issuing Officer | Date and Location |

RECEIVED MAY 02 2008 DISTRICT COURT OF GUAM HAGATNA, GUAM

RECEIVED MAY 01 2008 US MARSHALS SERVICE-GUAM

FILED DISTRICT COURT OF GUAM MAY 0 2 2008 JEANNE G. QUINATA Clerk of Court

ORIGINAL

## RETURN

This warrant was received and executed with the arrest of the above-named individual at

HAGATNA, GUAM

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 5/1/08 | ERWIN TEJETAN | [signature] |
| DATE OF ARREST | | |
| 5/2/08 | SA US ICE | |

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: **LI YONG CHEN**

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____ WEIGHT: _____

SEX: _____ RACE: _____

HAIR: _____ EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: _____