**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**CRIMINAL MINUTES**
**CHANGE OF PLEA**

CASE NO.: MJ-08-00013-001　　　　　　　　　　　　DATE: June 26, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori　　　　　Court Recorder: Francine A. Diaz
Courtroom Deputy: Francine A. Diaz　　Electronically Recorded: 2:00:04-2:17:31

**APPEARANCES:**
Defendant: Li Yong Chen　　　　　　　Attorney: G. Patrick Civille
☑ Present ☐ Custody ☐ Bond ☐ P.R.　　☑ Present ☐ Retained ☐ FPD ☑ CJA

U.S. Attorney: Frederick A. Black　U.S. Agent: Erwin Fejeran, Immigration and Customs Enforcement
U.S. Probation: Carmen O'Mallan
Interpreter: Julia Berg　　　　Language: Mandarin

**PROCEEDINGS: Change of Plea**
- Pen and ink changes made to plea agreement.
- Defendant sworn and examined.
- Defendant advised of his rights, charges and penalties.
- Plea entered: <u>Guilty</u> Count I
- Plea: <u>Accepted</u>.
- Sentencing set for: <u>September 24, 2008 at 10:00 a.m.</u>
- Draft Presentence Report due to the parties: <u>August 20, 2008</u>
- Response to Presentence Report: <u>September 3, 2008</u>
- Final Presentence Report due to the Court: <u>September 17, 2008</u>
- Defendant remanded to the custody of the U.S. Marshals Service for: <u>Detention</u>

NOTES: Probation was requested to expedite, if at all possible, the Presentence Report so that sentencing could be held sooner.